Prob 12A (9/06)

# UNITED STATES DISTRICT COURT
## for
### WESTERN DISTRICT OF TEXAS

FILED
2025 FEB 19 PM 3: 15
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## Report on Offender Under Supervision

**Name of Offender:** Fernando Chairez Gonzalez

**Case Number:** EP:23-CR-02275-KC(1)

**Name of Sentencing Judicial Officer:**  Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:**   September 16, 2024

**Original Offense:** False Statement, a violation of 18 U.S.C. § 1001(a)(2)

**Original Sentence:** Three (3) years probation

**Type of Supervision:** Probation

**Date Supervision Commenced:**   September 16, 2024

## PREVIOUS COURT ACTION

On October 31, 2024, the Court modified the conditions of supervision to include substance abuse treatment after submitting a urine specimen which later tested positive for cocaine. It should be noted that the test was taken prior to being sentenced and confirmation was received after he commenced his term of probation.

On January 23, 2025, a Report on Offender Under Supervision was submitted by the probation officer notifying the Court of the following violation: positive urine specimen for cocaine. The probation officer recommended no further adverse court action in lieu of allowing Chairez Gonzalez the opportunity to continue participation in outpatient substance abuse treatment. On January 24, 2025, the Court accepted the probation officer's recommendation, and no further action was taken.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number 1:** The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

**Nature of Noncompliance:** On January 22, 2025, Chairez Gonzalez submitted a urine specimen which yielded a positive result for cocaine.

Fernando Chairez Gonzalez
Docket No. EP:23-CR-02275-KC(1)
Report on Offender Under Supervision
P a g e | 2

**U.S. Probation Officer Action:** On January 28, 2025, this officer spoke with Chairez Gonzalez to address the positive drug test from January 22, 2025. Chairez Gonzalez admitted he used cocaine and has refrained from any more use of illegal substances. Chairez Gonzalez was made aware of the seriousness of his actions and the consequences of such non-compliance. Chairez Gonzalez will be enrolled in Moral Reconation Therapy (MRT) sessions concurrent with his individual substance abuse counselling sessions at Professional Counseling & Recovery Services. This officer will continue to monitor the offender with random urinalysis. Chairez Gonzalez understands that any further violations will be reported to the Court for possible further sanctions. As such, no court action concerning this violation is recommended.

Respectfully submitted,

Erin Bustamante
U.S. Probation Officer
Office: (915) 585-5541
Cellular: (915) 219-1400

Date: February 10, 2025

Approved by,

Emilia Caro-Sanchez
Supervising U.S. Probation Officer
Office: (915) 585-6582
Cellular: (915) 861-8795

---

**COURT ACTION RECOMMENDED:**

[X]  Concur with above action

[ ]  No action

[ ]  Submit a Petition for Warrant or Summons

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Other:

_____
Kathleen Cardone, U.S. District Judge

_____February 19, 2025_____
Date